UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| KATHLEEN FILIGHERA D/B/A PALO VERDE TRAINING STABLE, LLC, | Case No.: 21-cv-208 |
| Plaintiff, | |
| v. | |
| STARNET INSURANCE COMPANY, | |
| Defendant. | |

---

### STIPULATION FOR DISMISSAL

---

**IT IS HEREBY STIPULATED** by and between the parties, through their undersigned counsel, that all claims asserted by the plaintiff may be dismissed, in their entirety, with prejudice and without fees or costs to either party.

Dated this 28th day of May, 2021.

/s/Robert Kasieta
Robert Kasieta
State Bar No. 1000107
Attorneys for Plaintiff KATHLEEN FILIGHERA d/b/a PALO VERDE TRAINING STABLE, LLC
**KASIETA LEGAL GROUP LLC**
559 D'Onofrio Dr.
Suite 222
Madison, WI 53719-2842
Telephone  608-662-2286
Fax  608-662-9977
E-mail  rjkasieta@kasieta.com

Dated this 28th day of May, 2021.

        **/s/ Thomas R. Schrimpf**
Thomas R. Schrimpf
State Bar No. 1018230
Attorneys for Defendant STARNET
INSURANCE COMPANY
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202
Telephone  414-276-6464
Fax  414-276-9220
E-mail  tschrimpf@hinshawlaw.com

1039961\308166534.v1